UNITED STATES DISTRJCT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No.: |
| | ) | Judge |
| $25,508 UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

## APPLICATION FOR SUMMONS AND WARRANT OF ARREST *IN REM*

The United States of America respectfully requests that the Clerk of this Court issue the attached Summons and Warrant of Arrest *In Rem* pursuant to Supplemental Rule G(3)(b)(i) of the Federal Rules of Civil Procedure.

1. On January 4, 2023, the United States filed a Verified Complaint *In Rem* for civil forfeiture in the above-referenced case. The complaint seeks forfeiture of $25,508 United States currency ("defendant property").

2. The defendant property is in the custody of United States Marshals Service, which obtained custody on July 20, 2022.

3. Supplemental Rule G(3)(b)(i) provides that if property is subject to forfeiture in a civil forfeiture case, and the property is in the Government's possession, custody or control, the clerk "must issue a warrant to arrest the property."

1

The United States respectfully requests that the Clerk of the Court issue the attached Summons and Warrant of Arrest *In Rem*.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

By:   s/ J. Matthew Blackburn
J. MATTHEW BLACKBURN, B.P.R. # 027105
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203-6940
Telephone: (615) 736-5151
Email: matt.blackburn@usdoj.gov